UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAINE ANTON CRAWLEY,<br><br>  Petitioner,<br><br>  v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>  Respondents. | Case No. 3:24-cv-00252-ART-CLB<br><br>ORDER |

In this habeas corpus action, the petitioner, Daine Anton Crawley, represented by appointed counsel, was due to file an amended habeas petition by December 24, 2024. (ECF No. 9.) On December 19, Crawley filed a motion for extension of time (ECF No. 12), requesting a 90-day extension, to March 24, 2025. This would be the first extension of this deadline. Crawley's counsel states that the extension is necessary because of the time it is taking to meet with Crawley and investigate the case. Crawley's counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

Nothing in this order, or in any order extending time for an amended petition, is meant to affect in any manner the operation of any statute of limitations.

///
///
///
///
///
///

1

1  It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No.12) is granted. Petitioner will have until and including March 24, 2025, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered September 26, 2024 (ECF No. 9) will remain in effect.

Dated this 23rd day of December, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2