UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAINE ANTON CRAWLEY, | Case No. 3:24-cv-00252-ART-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 90-day initial period and a 90-day extension, the petitioner, Daine Anton Crawley, represented by appointed counsel, was due to file an amended habeas petition by March 24, 2025. (*See* ECF Nos. 9, 13.) On March 24, Crawley filed a motion for extension of time (ECF No. 14), requesting a further 60-day extension, to May 23, 2025. Crawley's counsel states that the extension is necessary because of the time it is taking to meet with Crawley and investigate the case. Crawley's counsel represents that Respondents do not oppose the extension of time. The Coury finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

Nothing in this order, or in any order extending time for an amended petition, is meant to affect in any manner the operation of any statute of limitations.

///

///

///

///

///

///

1

1  It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 14) is granted. Petitioner will have until and including May 23, 2025, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered September 26, 2024 (ECF No. 9) will remain in effect.

Dated this 3rd day of April 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2