UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAINE ANTON CRAWLEY,<br><br>                    Petitioner,<br><br>    v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>                    Respondents. | Case No. 3:24-cv-00252-ART-CLB<br><br>ORDER |

       In this habeas corpus action, after a 90-day initial period, a 90-day extension, and two 60-day extensions, the petitioner, Daine Anton Crawley, represented by appointed counsel, was due to file an amended habeas petition by July 22, 2025. (*See* ECF Nos. 9, 13, 15, 17.) On July 22, Crawley filed a motion for extension of time (ECF No. 18), requesting a further 21-day extension, to August 12. Crawley's counsel states that this extension is necessary because responsibility for this case within the office of the Nevada Federal Public Defender is changing. Crawley's counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

       Nothing in this order, or in any order extending time for an amended petition, is meant as a comment upon, or to affect in any manner, the operation of any statute of limitations.

///

///

///

///

///

1

1  It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 18) is granted. Petitioner will have until and including August 12, 2025, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered September 26, 2024 (ECF No. 9) will remain in effect.

Dated this 23rd day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE