UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAINE ANTON CRAWLEY,<br><br>                    Petitioner,<br><br>    v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>                    Respondents. | Case No. 3:24-cv-00252-ART-CLB<br><br>ORDER |

In this habeas corpus action, the petitioner, Daine Anton Crawley, represented by appointed counsel, filed an amended petition for writ of habeas corpus on August 8, 2025. (ECF No. 21.) Respondents were to file an answer or other response to the amended petition by October 7. (*See* ECF No. 9.)

On October 9, Respondents filed a motion for extension of time, requesting an extension of the deadline for the response to Crawley's amended petition to January 8, 2026. (ECF No. 23.) Respondents misstate the preexisting deadline as October 10. Sixty days from the August 8 filing of the amended petition is October 7, not October 10. So, Respondents' motion is for a 93-day extension, not a 90-day extension as they characterize it. Respondents' counsel states that the extension is necessary because of obligations in other cases. And counsel states that Crawley does not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension. The Court will grant the extension as requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 23) is granted. Respondents will have until and including January 8, 2026, to file an answer or other response to the amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set

forth in the scheduling order entered September 26, 2024 (ECF No. 9) will remain in effect.

DATED THIS 16th day of October, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2