UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAINE ANTON CRAWLEY, | Case No. 3:24-cv-00252-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Daine Anton Crawley, represented by appointed counsel, filed an amended petition for writ of habeas corpus on August 8, 2025. (ECF No. 21.) After a 60-day initial period and a 93-day extension, Respondents were to file an answer or other response to the amended petition by January 8, 2026. (*See* ECF Nos. 9, 24.)

On January 7, Respondents filed a motion for extension of time, requesting a further 60-day extension, to March 9, 2026. (ECF No. 25.) Respondents' counsel states that this extension is necessary because of obligations in other cases and the time it has taken to obtain and prepare the state court record. Counsel represents that Crawley does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension. The Court will grant the extension as requested.

In light of prior extensions of time to respond, t he Court will not look favorably upon any motion to further extend this deadline absent a showing of extraordinary circumstances.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 25) is granted. Respondents will have until and including March 9, 2026, to file an answer or other response to the amended petition for writ of

1 habeas corpus. In all other respects, the schedule for further proceedings set
2 forth in the scheduling order entered September 26, 2024 (ECF No. 9) will remain
3 in effect.

4     DATED THIS 12th day of January, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE