UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAINE ANTON CRAWLEY,<br><br>                   Petitioner,<br><br>   v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>                Respondents. | Case No. 3:24-cv-00252-ART-CLB<br><br>ORDER |

In this habeas corpus action, the respondents filed a motion to dismiss on March 9, 2026. (ECF No. 35.). The petitioner, Daine Anton Crawley, represented by appointed counsel, was to file a response to the motion to dismiss by May 8, 2026. (ECF No. 9 (60 days for response to motion to dismiss)). On May 5, 2026, Crawley filed a motion for extension of time, requesting a 60-day extension, to July 7, 2026. (ECF No. 37.) Crawley's counsel states that the extension is necessary to obtain transcripts of certain state-court proceedings. Counsel represents that the respondents do not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 37) is granted. Petitioner will have until and including July 7, 2026, to respond to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the scheduling order entered September 26, 2024 (ECF No. 9) will remain in effect.

DATED THIS 8th day of May 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1