UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAINE ANTON CRAWLEY,

Petitioner,

v.

BREITENBACH,

Respondent.

Case No. 3:24-cv-00252-ART-CLB

ORDER

Respondent has filed an unopposed motion for a 63-day extension of time to file her answer to the amended petition. (ECF No. 47.) This is Respondent's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 47) is granted. Respondent has up to and including December 28, 2026, to file her answer.

DATED this 23rd day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE